709 A.2d 907

**Edwin S. LIVINGSTON and Helen T. Livingston, Petitioners,**

**v.**

**R.P. HOFFMAN MOBIL, INC., Paul Arthur Hoffman and Lois Fischer Hoffman, Individually and Randolph Hoffman t/a R.P. Hoffman Excavating, Sussex Tank Company, Inc., Ray's Pump, Ray's Pump And Tank, Lloyd J. Nolan, Inc., Mobile Oil Corp., Airline Petroleum Company, Texaco, Inc., Roche Supply Earl Toler, Individually and t/a Toler Excavating, Respondents.**

Supreme Court of Pennsylvania.

May 29, 1998

Theodore M. Schaer, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 29th day of May, 1998, the Petition for Allowance of Appeal is **GRANTED** with respect to the issue of entry of judgment of non pros, the Order of the Superior Court is **REVERSED IN PART**, and the matter is **REMANDED** to the Court of Common Pleas of Monroe consistent with this Court's opinion in *Jacobs v. Halloran*, 551 Pa. 350, 710 A.2d 1098 (1998) and *Marino v. Hackman*, 551 Pa. 369, 710 A.2d 1108 (1998).